**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7009**

———————

TITUS THOMAS,

               Plaintiff - Appellant,

    v.

BELL, Sgt.; OWNES, Sgt.; WILLIAMS, Officer; APERA BELL,

               Defendants - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Alexander Williams, Jr., District Judge. (1:08-cv-02156-AW)

———————

Submitted: December 20, 2011     Decided: December 23, 2011

———————

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Titus Thomas, Appellant Pro Se. Nichole Cherie Gatewood, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Titus Thomas appeals the district court's order denying Thomas' motion for a preliminary injunction in his civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Thomas v. Bell, No. 1:08-cv-02156-AW (D. Md. July 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED